IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| SELAINE ROLLINS, ET AL. § | |
| § | |
| V. § | CIVIL ACTION NO. G-06-170 |
| § | |
| MAINLAND CROSSING APARTMENT § | |
| TOWNHOMES, ET AL. § | |

## OPINION AND ORDER

Before the Court is a Report and Recommendation from the United States Magistrate Judge dated October 19, 2006, which recommends that the Motion to Dismiss of Defendants be denied; no timely objections have been filed by the Parties.

Upon *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation of the Magistrate Judge is a well reasoned and correct application of law to the pleadings in this case and it is, therefore, **ACCEPTED** by this Court in its entirety and incorporated by reference herein.

Accordingly, it is the **ORDERED** of this Court that the Motions to Dismiss under Rule 12(b)(6) of Defendants Mainland Crossing Townhouses, LLC; MBS GP 44, LLC; and Carol J. Tobola (Instrument nos. 5, 8 and 21) is **DENIED**.

**DONE** at Galveston, Texas, this 21st day of November, 2006.

_____
Samuel B. Kent
United States District Judge