IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SELAINE ROLLINS,[1] | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. G-06-0170 |
| | § | |
| MAINLAND CROSSING | § | |
| APARTMENT TOWNHOMES LTD. | § | |
| PARTNERSHIP, *et al.*, | § | |
|     Defendants. | § | |

## MEMORANDUM AND ORDER

This case is before the Court on the Report and Recommendation [Doc. # 45] from the United States Magistrate Judge dated September 7, 2007. The Magistrate Judge recommends that Defendants' Motion for Summary Judgment [Doc. # 37] be granted. The Court has conducted a careful and thorough *de novo* review, pursuant to 28 U.S.C. § 636(b)(1)(C), of all matters of record including the Motion for Summary Judgment, Plaintiff's Response [Doc. # 42], Defendants' Reply [Doc. # 44], the Report and Recommendation, and Plaintiff's Objections to the Report and Recommendation [Doc. # 46]. Based on this review, the Court finds that the Magistrate Judge's Report and Recommendation is well reasoned and correctly

---

[1]     The Second Amended Complaint names Alize Knoxson-Neely and Shampaign v. Knoxson as Plaintiffs. The pleading is signed only by Selaine Rollins. As a *pro se* Plaintiff who is not a licensed attorney, Rollins cannot represent the other named Plaintiffs and they have not signed any live pleading on their own behalf. As a result, Rollins is the only Plaintiff.

applies the governing legal standards. Plaintiff has failed to present evidence to raise a genuine issue of material fact in support of her claims, most of which are specifically refuted by her sworn deposition testimony and by the documentary evidence in the record. Accordingly, it is hereby

**ORDERED** that the Report and Recommendation [Doc. # 45] is **ACCEPTED** by the Court in its entirety and incorporated by reference herein. It is further

**ORDERED** that Defendants' Motion for Summary Judgment [Doc. # 37] is **GRANTED**. The Court will issue a separate final judgment.

SIGNED at Houston, Texas, this **30th** day of **October, 2007**.

_____
Nancy F. Atlas
United States District Judge